UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DAVID MORALES PEREZ,

        Plaintiff,

v.

BENJAMIN & ROBIN SIMONS dba Simons Family Farm, SIMONS FIREWOOD INC., and BENJAMIN SIMONS in his individual capacity,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a)(1)(A)(i)**

Civil Action No. 5:13-CV-37 (FJS)(TWD)

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff David Morales Pérez, by and through his attorneys, Worker Justice Center of New York, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants.

Dated: Rochester, New York
      April 4, 2014

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: April 7, 2014

_____
David O. Irving
N.D.N.Y. Bar Roll No. 516414
Worker Justice Center of New York
1187 Culver Road
Rochester, NY 14609
Tel – 585-325-3050
Fax – 585-325-7614
dirving@wjcny.org

Attorneys for Plaintiff